CAROLINE HOWELL, Respondent, *v.* EMMA E. HOWELL et al., Appellants.

Submitted November 26, 1946; decided January 9, 1947.

*Bernard J. McCoy* and *Howard F. Carter* for appellants.
*Austin E. Walker* and *Edward K. Haas* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.